UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TONY RENTA, JR.,

    Plaintiff,

v.                                                              Case No. 6:19-cv-1202-Orl-37EJK

MAGNOLIA TOWERS, INC.,

    Defendant.
_____

## **ORDER**

Plaintiff sued his former employer for failure to pay overtime under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1-1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 18, pp. 1–4 ("**Motion**"); *id.* at 5–9 ("**Agreement**").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends the Court grant the Motion, finding the Agreement fair and reasonable. (Doc. 19 ("**R&R**").)

The parties did not object to the R&R and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

It is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation

(Doc. 19) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion for Approval of Proposed Amended Settlement (Doc. 18, pp. 1–4) is **GRANTED.**

3. The parties' Amended FLSA Settlement Agreement and Release (Doc. 18, pp. 5–9) is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 13, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record